IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03239-NYW

USA,

    Plaintiff,
v.

ARMI SAN MARCO NEW DAKOTA REVOLVER,
50 ROUNDS AMMUNITION,

    Defendants.

ORDER REQUESTING REASSIGNMENT OF CASE

Magistrate Judge Nina Y. Wang

    The above-captioned case was drawn to the Magistrate Judge pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges and Title 28 U.S.C. § 636(c).  Pursuant to Plaintiff USA's Motion [#12], the Clerk entered default as to Armi San Marco New Dakota Revolver and 50 Rounds Ammunition on October 17, 2014 [#13].  The government moved for default judgment on February 6, 2015 [#14].  This case should be redrawn to a district judge because consent has not been achieved and Defendants are in default.

    IT IS ORDERED that Civil Action No. 14-cv-03239-NYW is returned to the Clerk to be redrawn to a district judge on the basis that consent was not achieved.

    Dated: February 24, 2015

                                  BY THE COURT:

                                  s/Nina Y. Wang
                                  United States Magistrate Judge