## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  October 1, 2015　　　　　　　　　Courtroom Deputy: Bernique Abiakam
Civil Case No.: 14-cv-03239-JLK　　　　Court Reporter: Mary George

UNITED STATES OF AMERICA　　　　　　Tonya Shotwell Andrews

　　　　Plaintiff,

v.

ARMI SAN MARCO NEW DAKOTA
REVOLVER, and 50 ROUNDS OF
AMMUNITION,

　　　　Defendants.

## COURTROOM MINUTES

**Motions Hearing**

**9:46 a.m.　　Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

Government states that there is no opposition.

**ORDERED:  Motion For Default And Final Order Of Forfeiture (Filed 2/6/15; Doc. No. 14) is GRANTED.**

**9:49 a.m.　　Court in recess.**
Hearing concluded.
Total in-court time: 00:03